HERBERT S. SIMMONS, Respondent, v. PAUL J. MORANTI, INC., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.; Merrell, J., dissents and votes for reversal and to deny motion.

In the Matter of the Application of JACOB METZGER, Respondent, Appellant, against MARTIN A. HEALY and Others, Forming and Constituting the Municipal Civil Service Commission of the City of New York, Appellants, Respondents.— Order so far as appealed from affirmed, without costs. No opinion. Settle order on notice. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

In the Matter of the Application of SHUBERT THEATRE CORPORATION, Appellant, for an Order Compelling TED HEALY, Respondent, to Submit to Arbitration a Matter of Set Off for Determination by Arbitrators.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

MASON B. STARRING, Respondent, v. HAMILTON GAS COMPANY and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

THE INDUSTRIAL NATIONAL BANK OF NEW YORK, Respondent, v. FALLSBURGH BAKERY, INC., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

GEORGE I. EID and SOPHIE EID, Respondents, v. LEHIGH VALLEY RAILROAD COMPANY, Appellant.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.